**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

The Gillette Company LLC

                Plaintiff,

v.                                         Case No.: 1:23−cv−14873
                                                Honorable Joan B. Gottschall

Dongguan Meiyang Lianying Electronics Co., Ltd., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 26, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: On 3/25/2024, the court received a message at Chambers_Gottschall@ilnd.courts.gov from Cihan Gurel, purporting to be acting on behalf of a defendant, requesting a hearing on plaintiff's motion [47] for entry of an order of default and default judgment. The correspondence has been filed on the docket because it also makes representations about the merits of the case, and defendant's opponent must therefore be given notice of it and a chance to respond. All future communications about anything having to do with the merits of the case must be made only in open court or in documents filed on the docket. A hearing to be held by teleconferencing is set for 4/12/2024 at 10:30 a.m. central time. The clerk is instructed to send a courtesy copy of this email message to Cihan Gürel <cihanmerihgurel@gmail.com>. Defendant is advised that a notice of appearance must be filed if defendant, or an attorney representing defendant, wishes to receive notices of future court filings. A copy of the "appearance form for pro se litigants" ("pro se" means a person without a lawyer) can be obtained from the court's official website at https://www.ilnd.uscourts.gov/OnlineForms.aspx Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.