**FILED**
3/25/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **From:** | Cihan Gürel |
| **To:** | Chambers Gottschall |
| **Subject:** | Notice of Default- OB-2; The Gillette Company LLC v. The Partnerships, et al.; 23-cv-14873 |
| **Date:** | Monday, March 25, 2024 1:55:19 AM |

**CAUTION - EXTERNAL:**

# 23CV14873

Dear Honorable Joan B. Gottschall;

I hope this message finds you well.
Regarding my case I would like to explain my situation;

Case ID: 23-cv-14873

Firstly, allow me to provide some background about myself and my business. I operate a very small business on Amazon and solely focus on selling a limited range of products. As mentioned in my previous correspondence, I promptly removed all Oral-B products from my store upon receiving warning notifications from Amazon. Moving forward, I am committed to refraining from selling or listing any Oral-B products. You can review my storefront via the following link: https://www.amazon.com/s?me=A2590NM6LYWVZG&marketplaceID=ATVPDKIKX0DER

Now, let me explain how I initially began selling Oral-B products. There exists a price disparity between the USA and Turkish markets, which we refer to as arbitrage. Leveraging this price difference, I engage in buying and selling products between these two markets. Typically, I procure items from local Turkish e-commerce websites similar to Amazon, such as www.trendyol.com and www.hepsiburada.com.

Regarding the current situation and due to the case, that law office stopped my all payments on Amazon.com, the suspension of my Amazon payments has significantly impacted my financial stability. Since from 2023 November I am not able to take my money from Amazon.com (including all other products sales) As a small business owner, I rely heavily on these payments for my livelihood. I am already facing challenges, and any further disruptions exacerbate my predicament. If additional measures are necessary, or if you require me to sign a contract affirming that I will not sell any Oral-B products, I am more than willing to comply.

Furthermore, I would like to address another aspect. When attempting to sell a product on Amazon that features a registered brand and existing listings, Amazon typically requires evidence such as invoices and product photos to verify product authenticity. This process ensures compliance with brand regulations and protects both sellers and consumers. In line with Amazon's policies, I provided the necessary documentation, including invoices (I have invoices already), to obtain brand permission for selling Oral-B products. It is important to note that obtaining brand approval through this method is a standard procedure on Amazon. Sellers must adhere to these protocols to initiate sales. If selling Oral-B products from other sellers is prohibited, then Amazon should restrict such listings and grant special permissions exclusively to authorized sellers designated by the brand owner. I diligently followed Amazon's procedures, and I find myself in an unfortunate predicament. I kindly request a thorough evaluation of my circumstances and seek your support in resuming my small business operations on Amazon.

If necessary, I am willing to participate in a video conference with the court to further explain my situation. I kindly request a thorough evaluation of my circumstances and seek your support in resuming my small business operations on Amazon.

Best Regards,

Cihan Merih Gürel

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.